Rose Reinhardt, Appellant, v. Philip Lehman, as
Receiver of 436 Jersey Corp., Respondent.

Argued October 13, 1938; decided October 28, 1938.

*Sidney Eisen* and *Barnet L. Asrelan* for appellant.

*C. O. Donahue, Barent L. Visscher, John C. Howes* and
*William J. Ahearn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien, Hubbs,
Loughran, Finch and Rippey, JJ.